SECURITY SAVINGS TRUST COMPANY, *Appellant*, v.
DONNELL.

### Division Two, July 6, 1898.

**Appeals**: JURISDICTION: CONSTITUTIONAL QUESTION. A constitutional
question was raised for the first time in a motion for a rehearing in
the Kansas City Court of Appeals, which had affirmed the judgment
of the trial court. *Held* that the case should be returned to that ap-
pellate court.

*Transferred from Kansas City Court of Appeals.*

REMANDED TO KANSAS CITY COURT OF APPEALS.

*On Motion to Remand.*

*George F. Ballingal* and *Botsford & Williams* for
the motion.

*Cook & Gossett* against the motion.

SHERWOOD, J.—Action on special tax-bill for $82.41
with ten per cent interest, plaintiff being the assignee
of such bill, and judgment for defendant.

No constitutional question was raised in the trial
court nor in the Kansas City Court of Appeals (which
court affirmed the judgment of the lower court), until
in a motion for rehearing, which motion was denied
by the Kansas City Court of Appeals, and thereupon
that court transferred this cause to this court "for its
determination."

Inasmuch as no constitutional question was pre-
sented to the court of first instance for its determina-
tion, no such question is contained in the record; we
therefore grant the motion filed by defendant to trans-
fer this cause to the Kansas City Court of Appeals
from whence it came.    All concur.